UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR N. BEYAH,<br><br>    Plaintiff,<br><br>DAVID M. WALKER,<br>Comptroller General of the United States,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 07-109 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF REFERRAL

It is hereby

**ORDERED** this matter is referred to Magistrate Judge Deborah A. Robinson for all discovery disputes. On any filing related to discovery disputes, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Judge Robinson following the case number in the caption. On any other filings in this case, the parties shall only place the initials of Judge Ellen Segal Huvelle after the case number.

  **SO ORDERED.**


                   /s/
                ELLEN SEGAL HUVELLE
                United States District Judge


Dated: June 26, 2007

cc:  Magistrate Judge Deborah A. Robinson