UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
**OMAR N. BEYAH,**                    )
                                      )
       **Plaintiff,**         )
                                      )
   v.                             )   Civil Action No. 05-1709
                                      )   (ESH)
                                      )
**DAVID M. WALKER,**                  )
**Comptroller General of the**        )
**United States,**                    )
                                      )
       **Defendant.**         )
_____)

**CONSENT MOTION FOR LEAVE TO ADMIT
JENNIFER R. AMORE, ESQ., PRO HAC VICE**

    Plaintiff in the above action respectfully moves the Court, pursuant to LCvR 83.2(c),(d), to admit Jennifer R. Amore, Esq. <u>pro hac vice</u>, on behalf of plaintiff in this action.

    The grounds in support of this Motion are stated below. A Certification by Ms. Amore as required by LCvR 83.2(d) accompanies this Motion.

    Counsel for defendant has been advised of the Motion and has given defendant's consent.

    1.) Ms. Amore is a 2006 graduate of New York Law School, and is a member in good standing of the Bar of the State of Connecticut. Her admission is pending to the Bar of the State of New York, Second Department and to the Bar of the District of Columbia. Ms. Amore joined the practice of lead counsel, Robert C. Seldon, Esq., in

September 2006 and is now an associate attorney with the firm Robert C. Seldon and Associates, P.C.

    2.) Ms. Amore seeks leave to participate in a junior capacity in this action and will be supervised in her participation before the Court by Mr. Seldon.  Mr. Seldon is a member in good standing of the Bar of the District of Columbia and the Bar of this Court.  All papers submitted to the Court will continue to be signed by Mr. Seldon, either by himself or together with Ms. Amore.

    3.) Ms. Amore has reviewed and is personally familiar with the Local Rules of this Court, as stated in her accompanying Certification.

    For the foregoing reasons, plaintiff respectfully moves the Court to admit Jennifer R. Amore, Esq. to appear on her behalf pro hac vice in this action.

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 305
Washington, D.C.  20004
(202) 955-6968

Counsel for Plaintiff

## CERTIFICATION OF JENNIFER R. AMORE, ESQ.

I, Jennifer R. Amore, being first duly sworn, do hereby depose and state as follows:

1.) By the accompanying Motion to Admit Jennifer Rose Amore, Esq., <u>Pro Hac Vice</u>, leave of the Court has been sought to permit me to participate as counsel in this action pursuant to LCvR 83.2(c)-(d).

2.) My office address is Robert C. Seldon & Associates, P.C., 1319 F Street, NW, Suite 305, Washington, D.C. 20004.  The phone umber is (202) 955-6968, extension 112.

3.) Since October 30, 2006, I have been a member in good standing of the Bar of the State of Connecticut.

4.) I certify that I have never been disciplined by any bar.

5.) My application for membership in the Bar of the District of Columbia is currently pending.

6.) My application for membership in the Bar of the State of New York, Second Department is currently pending.

7.) In accordance with LCvR 83.2(j), I certify that I have reviewed and have become personally familiar with the rules of the District Court for the District of Columbia.

     I hereby certify under penalty of perjury that he foregoing is true and correct, to the best of my knowledge, information, and belief.

                              _____/s/_____
                              Jennifer R. Amore, Esq.
                              Executed on July 19,2007

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                                    )
OMAR N. BEYAH,                      )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   Civil Action No. 05-1709
                                    )   (ESH)
                                    )
DAVID M. WALKER,                    )
Comptroller General of the          )
United States,                      )
                                    )
        Defendant.                  )
_____)
```

**ORDER**

Upon consideration of plaintiff's Motion For Leave To Admit Jennifer R. Amore, Esq., Pro Hac Vice

It is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

ORDERED that Ms. Amore is granted leave to participate as counsel in this action on plaintiff's behalf, pursuant to LCvR 83.2(c)-(d).

Dated this _____ day of _____, 2007.


                                    _____
                                    UNITED STATES DISTRICT JUDGE