UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| OMAR N. BEYAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-109 |
| | ) | (ESH) |
| | ) | |
| DAVID M. WALKER, | ) | |
| Comptroller General of the | ) | |
| United States, | ) | |
| | ) | |
| Defendant. | ) | |

## PRAECIPE

THE CLERK OF THE COURT will please take notice that Jennifer R. Amore, Esq., who was admitted in this case *pro hac vice* on July 20, 2007, was admitted to the Bar of the District of Columbia on August 6, 2007.  Ms. Amore is currently awaiting assignment of her District of Columbia bar number.  Once she receives it, Ms. Amore will notify the Court and move to be admitted to the Bar of this Court, as well.

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 305
Washington, D.C.  20004
(202) 955-6968
Counsel for Plaintiff