UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR BEYAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 07-0109 (ESH/DAR) |
| v. ) | |
| ) | |
| DAVID M. WALKER, ) | |
| Comptroller General ) | |
| of the United States, ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

The parties to the above action join in moving the Court, pursuant to Rule 7, Fed. R. Civ. P., to amend the Scheduling Order of April 20, 2007, and extend the discovery deadline by four months.

The grounds in support of this Motion are as follows:

1.) In accordance with the Court's Scheduling Order, the parties to this action promptly exchanged initial disclosures and written discovery shortly after the initial status conference.

2.) Both parties have been diligently engaged in responding to one another's written discovery. Due to the nature of plaintiff's position with his former agency, his allegations, and the volume of work plaintiff produced while at the agency, answering discovery fully is consuming significantly more time than was originally anticipated. Plaintiff's relocation to Spain after his termination and the intervening Labor Day holiday increased the time needed for discovery responses.

3.) Due to the large number of plaintiff's former managers and the upcoming responsibilities of each party's counsel,[1] the parties expect that more time than was originally contemplated will be needed to complete discovery.

4.) Accordingly, they join in moving the Court to extend the discovery cut-off date in this action from October 20, 2007, until February 20, 2008.[2]

WHEREFORE, the parties join in moving the Court to amend the Scheduling Order and extend the discovery deadline by four months.

Respectfully submitted,

| _____//s//_____ | _____/s/_____ |
|---|---|
| Robert C. Seldon, Esq. | Jeffrey A. Taylor |
|   D.C. Bar No. 245100 | D.C. Bar No. 498610 |
| Jennifer R. Amore, Esq. | United States Attorney |
|   D.C. Bar No. 975907 | |
| Robert C. Seldon & Associates, P.C. | |
| 1319 F Street, N.W., Suite 305 | _____/s/_____ |
| Washington, D.C. 20004 | Rudolph Contreras |
| Phone (202) 955-6968 | Assistant United States Attorney |
| | D.C. Bar No. 434122 |

Counsel For Plaintiff

---

[1] Among other matters, counsel for plaintiff is or will shortly be actively engaged in litigation in McCormick v. District of Columbia, et al., C.A. No. 07-0570 (D.D.C.); Powell v. Castaneda, C.A. No. 04-0423 (D.D.C.); Francis v. District of Columbia, C.A. No. 07-1473 (D.D.C.); Weng v. Chao, EEOC No. 570-2007-00459X; and Uzlyan v. Chao, EEOC No. 570-2007-005944X. Counsel for defendant has a very large caseload, including three class/potential class actions pending in this Court that are currently very active, Moore v. Chertoff, C.A. No. 00-953 (D.D.C.) (RWR/DAR); Barham v. Ramsey, C.A. No. 02-2283 (EGS); and Chang v. United States, C.A. No. 02-2010 (EGS).

[2] The Court's Scheduling Order set a status conference for November 1, 2007. The parties are amenable to appearing at that date or at a post-discovery status conference.

```
                              //s//
        _____
        MICHELLE N. JOHNSON,
        D.C. BAR # 491910
        Assistant United States Attorney
        United States Attorney's Office
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 514-7139

        Counsel For Defendant
```

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR BEYAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 07-0109 (ESH/DAR) |
| v. ) | |
| ) | |
| DAVID M. WALKER, ) | |
| Comptroller General ) | |
| of the United States, ) | |
| ) | |
| Defendant. ) | |

## ORDER AMENDING SCHEDULING ORDER

Upon consideration of the parties' Joint Motion to Amend Scheduling Order, and the entire record in this matter;

It is hereby:

ORDERED that the Scheduling Order issued by the Court on April 20, 2007, is hereby amended.

ORDERED that discovery in this case shall conclude on February 20, 2008.

ORDERED that the post-discovery status conference originally scheduled for November 1, 2007, is hereby re-scheduled for _____, 2008.

ORDERED that in all other respects, the Scheduling Order issued by the Court remains unchanged.

SO ORDERED this ____ day of _____, 2007.

_____
United States District Judge