UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR BEYAH, | ) |
| | ) |
|     Plaintiff, | ) |
| | )    C.A. No. 07-0109 (ESH/DAR) |
|       v. | ) |
| | ) |
| DAVID M. WALKER, | ) |
|   Comptroller General | ) |
|   of the United States, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**PRECIPAE**

The Clerk of the Court will kindly note the changes in suite and telephone numbers of plaintiff's counsel reflected below, effective December 1, 2007. In all other respects, the information concerning plaintiff's counsel already on file in this case remains unchanged.

                                            Respectfully submitted,

                                            _____/s/_____
                                            Robert C. Seldon, Esq.
                                              D.C. Bar No. 245100


                                            _____/s/_____
                                            Jennifer R. Amore, Esq.
                                              D.C. Bar No. 975907
                                            Robert C. Seldon & Associates, P.C.
                                            1319 F Street, N.W.
                                            Suite 200
                                            Washington, D.C.  20004
                                            (202) 393-8200
                                            Counsel for Plaintiff