**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **OMAR BEYAH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **C.A. No. 07-0109 (ESH/DAR)** |
| **v.** | ) | |
| | ) | |
| **DAVID M. WALKER,** | ) | |
| **Comptroller General** | ) | |
| **of the United States,** | ) | **January 3, 2008** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

The parties to the above action join in moving the Court, pursuant to Rule 7, Fed. R. Civ. P., to amend the Amended Scheduling Order of September 19, 2007, by three months.

The grounds in support of this Motion are as follows:

1.)    In accordance with the Court's Scheduling Order, the parties to this action promptly exchanged initial disclosures shortly after the initial status conference and the parties have been and are actively engaged in the written discovery process.

2.)    Both parties have been diligently engaged in responding to one another's written discovery. Each party has produced a voluminous amount of documents that has required a large amount of time to review. Plaintiff's relocation to Spain after his termination and the difficulty in locating witnesses who are no longer with the Agency has made scheduling depositions more difficult. For these reasons, and the intervening holidays, completing discovery will require additional time.

3.)     Due to the upcoming responsibilities of each party's counsel,[1] the parties will need an additional three months to complete discovery.

4.)     Accordingly, they join in moving the Court to amend the Scheduling Order by three months.[2]

WHEREFORE, the parties join in moving the Court to amend the Scheduling Order by three months.

Respectfully submitted,

| | |
|---|---|
| _____//s//_____ | _____//s//_____ |
| Robert C. Seldon, Esq. | Jeffrey A. Taylor |
|  D.C. Bar No. 245100 |  D.C. Bar No. 498610 |
| Jennifer R. Amore, Esq. |    United States Attorney |
|  D.C. Bar No. 975907 | |
| Robert C. Seldon & Associates, P.C. | _____//s//_____ |
| 1319 F Street, N.W., Suite 200 | Rudolph Contreras |
| Washington, D.C.  20004 |  D.C. Bar No. 434122 |
| Phone 202.393.8200 |  Assistant United States Attorney |
| | |
| Counsel for Plaintiff | _____//s//_____ |
| | Michelle N. Johnson, |
| |  D.C. BAR # 491910 |
| | Assistant United States Attorney |
| | Civil Division |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 514-7139 |
| | Counsel for Defendant |

---

[1]     Among other matters, counsel for plaintiff is scheduled for trial in Howard v. District of Columbia, C.A. No. 04-2082 (January 22, 2008) and Elion v. Jackson, C.A. 05-0992 (March 3, 2008), and is, or shortly will be actively engaged in litigation in McCormick v. District of Columbia, et al., C.A. No. 07-0570 (D.D.C.); Sykes v. Chertoff, C.A. No.07-42; Powell v. Castaneda, C.A. No. 04-0423 (D.D.C.); Francis v. District of Columbia, C.A. No. 07-1473 (D.D.C.); Weng v. Chao, EEOC No. 570-2007-00459X; and Uzlyan v. Chao, EEOC No. 570-2007-005944X. Counsel for defendant is currently involved in several active matters, including three class action matters, Moore v. Chertoff, C.A. No. 00-953 (RWR/DAR), Barham v. United States, C.A. No. 02-2283 (EGS), and Chang v. United States, 02-2010 (EGS), as well as two separate cases in which discovery is scheduled to close in January, Swindell v. Mukasey, 06-1963 (RWR) and Friends v. Astrue, 06-1762 (ESH).

[2]     The Court's Scheduling Order set a status conference for February 29, 2008.  The parties are amenable to appearing at that date or at a post-discovery status conference.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **OMAR BEYAH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **C.A. No. 07-0109 (ESH/DAR)** |
| **v.** | ) | |
| | ) | |
| **DAVID M. WALKER,** | ) | |
| **Comptroller General** | ) | |
| **of the United States,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER AMENDING SCHEDULING ORDER**

Upon consideration of the parties' Joint Motion to Amend Scheduling Order, and the entire record in this matter;

It is hereby:

ORDERED that the Amended Scheduling Order issued by the Court on September 19, 2007, is hereby amended.

ORDERED that discovery in this case shall conclude on March 20, 2008.

ORDERED that the post-discovery status conference originally scheduled for February 29, 2008 is hereby re-scheduled for _____, 2008.

ORDERED that in all other respects, the Scheduling Order issued by the Court is amended for a like amount of time.

SO ORDERED this _____ day of _____, 2008.


_____
United States District Judge