UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR BEYAH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID M. WALKER, ) <br>   Comptroller General ) <br>   of the United States, ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 07-0109 (ESH/DAR) <br><br><br> Date: January 4, 2008 |

**CONSENT MOTION TO CORRECT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff to the above action respectfully moves the Court, pursuant to Rule 7, Fed. R. Civ. P., to correct plaintiff's earlier Joint Motion to Amend Scheduling Order and the Minute Order issued on January 3, 2008. Specifically, plaintiff seeks to extend the discovery-cut off by two additional months, to correct an error on the part of plaintiff's counsel.

Counsel for defendant has been advised of this Motion and given her consent.

The grounds in support of this Motion are as follows:

1.) On January 3, 2008, plaintiff moved the Court to extend the dates in the Scheduling Order of September 19, 2007, by three months. The purpose in doing so was to provide additional time for discovery and accommodate the schedules of both parties' counsel.

2.) In so moving, counsel for plaintiff inadvertently misstated the discovery cut-off date as March 20, 2008 on the proposed order. The proposed order should have contained the date of May 20, 2008. Counsel regrets any inconvenience he has inadvertently caused the Court or defendant.

WHEREFORE, plaintiff respectfully moves the Court to amend the Minute Order of January 3, 2008, and extend the discovery cut-off date until May 20, 2008.

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100

_____/s/_____
Jennifer R. Amore, Esq.
 D.C. Bar No. 975907
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 200
Washington, D.C. 20004
(202) 393-8200
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR BEYAH, )<br>)<br>    Plaintiff, )<br>)<br>          v.          )<br>)<br>DAVID M. WALKER, )<br>  Comptroller General )<br>  of the United States, )<br>)<br>    Defendant. )<br>_____) | C.A. No. 07-0109 (ESH/DAR) |

## ORDER

Upon consideration of the Plaintiff's Consent Motion to Correct Motion to Amend Scheduling Order, and the entire record in this matter; it is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

ORDERED that the Court's Scheduling Order of September 19, 2007, as amended by the Court's Minute Order of January 3, 2008, is hereby amended so that the discovery cut-off date is extended until May 20, 2008.

ORDERED that the conference previously scheduled for March 26, 2008, at 9:30 am is hereby re-scheduled for May ____, 2008, at _____.

FURTHER ORDERED that in all other respects, the Court's Scheduling Order of September 19, 2008, as amended by the Court's Minute Order of January 3, 2008, shall remain unchanged.

2

SO ORDERED this ____ day of _____, 2008.

_____
United States District Judge