UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR BEYAH,             ) | |
|                                 ) | |
|    Plaintiff,       ) | |
|                                 ) | C.A. No. 07-0109 (ESH/DAR) |
|    v.              ) | |
| DAVID M. WALKER,        ) | |
|  Comptroller General  ) | |
|  of the United States, ) | May 2, 2008 |
|    Defendant.      ) | |

**CONSENT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff in the above action moves the Court, pursuant to Rule 7, Fed. R. Civ. P., to amend the Amended Scheduling Order of January 7, 2008, by two months.

Defendant has been advised of this motion and has given its consent.

The grounds in support of this Motion are as follows:

1.)     In accordance with the Court's Scheduling Order, the parties to this action promptly exchanged initial disclosures shortly after the initial status conference and the parties have been and are actively engaged in the discovery process.

2.)     Both parties have been diligently engaged in responding to one another's written discovery. Each party has produced a voluminous amount of documents that has required a large amount of time to review. Depositions have begun, but scheduling the remaining depositions has been problematic as there are still numerous depositions and coordinating schedules among the parties has been difficult. Also, several possible witnesses are no longer with the Agency and locating them has been difficult. For these reasons completing discovery will require additional time.

3.)   Due to the responsibilities of Plaintiff's counsel,[1] an additional two months are needed to complete discovery.

4.)   Accordingly, Plaintiff moves the Court to amend the Scheduling Order by two months.[2]

WHEREFORE, Plaintiff moves the Court to amend the Scheduling Order by two months.

Respectfully submitted,

_____//s//_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100
Jennifer R. Amore, Esq.
  D.C. Bar No. 975907
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C.  20004
Phone 202.393.8200

Counsel for Plaintiff

---

[1] Among other matters, counsel for Plaintiff was recently involved in two district court trial, Howard v. District of Columbia, C.A. No. 04-2082 (January 2008) and Elion v. Jackson, C.A. 05-0992 (April 2008), and is, or shortly will be actively engaged in litigation in McCormick v. District of Columbia, et al., C.A. No. 07-0570 (D.D.C.); Sykes v. Chertoff, C.A. No.07-42; Powell v. Castaneda, C.A. No. 04-0423 (D.D.C.); Francis v. District of Columbia, C.A. No. 07-1473 (D.D.C.); Schmidt v. Chao, C.A. No. 07-2216 (ESH); Nagpal v. Mukasey, C.A. No. 07-02032 (HHK); Weng v. Chao, EEOC No. 570-2007-00459X; and Uzlyan v. Chao, EEOC No. 570-2007-005944X.

[2] The Court's Scheduling Order set a status conference for June 2, 2008. The parties are amenable to appearing at that date or at a post-discovery status conference.

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR BEYAH,  )<br>  )<br>    Plaintiff,  )<br>  )<br>        v.  )<br>  )<br>DAVID M. WALKER,  )<br>  Comptroller General  )<br>  of the United States,  )<br>  )<br>    Defendant.  )<br>_____) | C.A. No. 07-0109 (ESH/DAR) |

**<u>ORDER</u>**

Upon consideration of the Plaintiff's Consent Motion to Amend the Scheduling Order, and the entire record in this matter; it is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

ORDERED that the Court's Scheduling Order of September 19, 2007, as amended by the Court's Minute Order of January 7, 2008, is hereby amended so that the discovery cut-off date is extended until July 20, 2008.

ORDERED that the conference previously scheduled for June 2, 2008, at 9:30 am is hereby re-scheduled for July ____, 2008, at _____.

FURTHER ORDERED that in all other respects, the Court's Scheduling Order of September 19, 2008, as amended by the Court's Minute Order of January 7, 2008, shall remain unchanged.

2

SO ORDERED this \_\_\_\_ day of _____, 2008.

_____
United States District Judge