**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **OMAR BEYAH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **C.A. No. 07-0109 (ESH/DAR)** |
| **v.** | ) | |
| | ) | |
| **DAVID M. WALKER,** | ) | |
| **Comptroller General** | ) | |
| **of the United States,** | ) | **July 2, 2008** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## CONSENT MOTION TO AMEND SCHEDULING ORDER

Plaintiff in the above action moves the Court, pursuant to Rule 7, Fed. R. Civ. P., to amend the Amended Scheduling Order of May 12, 2008, by forty days.

Defendant has been advised of this motion and has given its consent.

The grounds in support of this Motion are as follows:

1.)     In accordance with the Court's Scheduling Order, after the parties to this action exchanged initial disclosures, they commenced the discovery process.  They have been, and continue to be, actively engaged in the written discovery process.  The parties have also commenced depositions.

2.)     Both parties have been diligently engaged in responding to one another's written discovery and continue to do so.  Depositions have begun, but several remain.  Due to the schedules of the attorneys and witnesses, scheduling the remaining depositions has been difficult.  Additionally, there are several outstanding discovery issues, which the parties are diligently working towards resolving.  For these reasons completing discovery will require additional time.

3.)    Due to the responsibilities of Plaintiff's counsel,[1] an additional forty days are needed to complete discovery.

4.)    Accordingly, Plaintiff moves the Court to amend the Scheduling Order by forty days.[2]

WHEREFORE, Plaintiff moves the Court to amend the Scheduling Order by forty days.

Respectfully submitted,

_____//s//_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100
Jennifer R. Amore, Esq.
 D.C. Bar No. 975907
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C.  20004
Phone 202.393.8200

Counsel for Plaintiff

---

[1]    Among other matters, counsel for Plaintiff recently completed the a trial in <u>Howard v. District of Columbia</u>, C.A. No. 04-2082 (D.D.C.) (PLF), and is scheduled for trial in <u>Malloy v. Jackson</u>, C.A. 05-1117 (D.D.C.) (RCL) on August 18, 2008; other responsibilities include an MSPB hearing in <u>Valdes v. Jackson</u>, MSPB No. AT-0752-08-0330-I-1 (July 26, 2008); and an EEOC hearing in <u>Uzlyan v. Chao</u>, EEOC No. 570-2007-005944X (August 3, 2008).  Plaintiff is also, or shortly will be, actively engaged in litigation in <u>Francis v. District of Columbia</u>, C.A. No. 07-1473 (D.D.C.); <u>Bennett v. Chao</u>, C.A. No. 07-CV-1951 (D.D.C.); <u>Mazzoni v. Preston</u>, C.A. No. 07-2322 (D.D.C.); <u>Sykes v. Chertoff</u>, C.A. No. 07-42 (D.D.C.); and <u>Schmidt v. Chao</u>, C.A. No. 07-02216 (D.D.C.) (ESH).

[2]    The Court's Scheduling Order set a status conference for July 24, 2008.  The parties are amenable to appearing at that date or at a post-discovery status conference.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **OMAR BEYAH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **C.A. No. 07-0109 (ESH/DAR)** |
| **v.** | ) | |
| | ) | |
| **DAVID M. WALKER,** | ) | |
| **Comptroller General** | ) | |
| **of the United States,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**<u>ORDER</u>**

Upon consideration of the Plaintiff's Consent Motion to Amend the Scheduling Order, and the entire record in this matter; it is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

ORDERED that the Court's Amended Scheduling Order of May 12, 2008, is hereby amended so that the discovery cut-off date is extended until August 29, 2008.

ORDERED that the conference previously scheduled for July 24, 2008, at 10:00 am is hereby re-scheduled for September ____, 2008, at _____.

FURTHER ORDERED that in all other respects, the Court's Amended Scheduling Order of May 12, 2008 shall remain unchanged.

SO ORDERED this _____ day of _____, 2008.


_____
United States District Judge