UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


| | |
|---|---|
| OMAR BEYAH, | ) |
| | ) |
|    Plaintiff, | ) |
| | )    C.A. No. 07-0109 (ESH/DAR) |
|       v. | ) |
| | ) |
| DAVID M. WALKER, | ) |
|   Comptroller General | ) |
|   of the United States, | ) |
| | ) |
|    Defendant. | ) |
| | ) |


### JOINT MOTION TO RESCHEDULE STATUS CONFERENCE

The parties to the above action join in moving the Court to reschedule the status hearing currently scheduled for July 17, 2008 at 9:30 a.m. to July 31, 2008, at 10 a.m.

The parties ask that the Court reschedule the currently scheduled hearing because they have scheduled two depositions to occur in this case on July 17th – one at 9:30 a.m. and the second at 1:30 p.m. Because the parties, and the witnesses, have limited availability, they would prefer to keep this date so that the depositions can be completed. The parties have spoken with the Court's law clerk and have been informed that the Court is available to conduct the status conference on July 31, 2008, at 10 a.m. Accordingly, the parties join in requesting that the Court vacate the current status hearing scheduled for July 17th and reschedule the status hearing to occur on July 31, 2008, at 10 a.m.

Respectfully submitted,


| _____//s//_____ | \_\_\_\_/s/_____ |
|---|---|
| Robert C. Seldon, Esq. | Jeffrey A. Taylor |
|   D.C. Bar No. 245100 | D.C. Bar No. 498610 |
| Jennifer R. Amore, Esq. | United States Attorney |
|   D.C. Bar No. 975907 | |

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 305         \_\_\_\_/s/_____
Washington, D.C.  20004                Rudolph Contreras
Phone (202) 955-6968                   Assistant United States Attorney
                                       D.C. Bar No. 434122

Counsel For Plaintiff
                                       _____//s//_____
                                       MICHELLE N. JOHNSON,
                                       D.C. BAR # 491910
                                       Assistant United States Attorney
                                       United States Attorney's Office
                                       Civil Division
                                       555 4th Street, N.W.
                                       Washington, D.C. 20530
                                       (202) 514-7139

                                       Counsel For Defendant

```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA


OMAR BEYAH,                      )
                                 )
     Plaintiff,                  )
                                 )     C.A. No. 07-0109 (ESH/DAR)
          v.                     )
                                 )
DAVID M. WALKER,                 )
  Comptroller General            )
  of the United States,          )
                                 )
     Defendant.                  )
_____)
```

## ORDER

This matter having come before the Court on the Parties' Joint Motion to Reschedule the Status Hearing, it is hereby

ORDERED that the Parties' Joint Motion is GRANTED. And it is further

ORDERED that the status hearing currently scheduled for July 17, 2008 at 9:30 a.m. is hereby VACATED. And it is further

ORDERED that a status hearing is scheduled for July 31, 2008, at 10 a.m.


SO ORDERED this _____ day of _____, 2007.


                                    _____
                                    DEBORAH A. ROBINSON
                                    United States Magistrate Judge