UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR BEYAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 07-0109 (ESH/DAR) |
| v. ) | |
| ) | |
| DAVID M. WALKER, ) | |
| Comptroller General ) | |
| of the United States, ) | August 15, 2008 |
| ) | |
| Defendant. ) | |
| ) | |

### CONSENT MOTION TO AMEND SCHEDULING ORDER

Plaintiff in the above action moves the Court, pursuant to Rule 7, Fed. R. Civ. P., to amend the Amended Scheduling Order of July 3, 2008, by fourteen days.

Defendant has been advised of this motion and has given its consent.

The grounds in support of this Motion are as follows:

1.) In accordance with the Court's Scheduling Order, after the parties to this action exchanged initial disclosures, they commenced the discovery process. They have been, and continue to be, actively engaged in the written discovery process. The parties have also commenced depositions.

2.) Both parties have been diligently engaged in responding to one another's written discovery and continue to do so. Depositions have begun, but several remain. Due to unexpected scheduling conflicts, the parties were unable to schedule the remaining depositions during the month of August.[1] Further, the parties are still working towards resolving a discovery

---

[1] The parties have identified dates within the requested fourteen day extension to conduct the remainder of the depositions.

1

dispute concerning the deposition of an agency employee.[2] For these reasons completing discovery will require additional time.

    3.)    Due to the responsibilities of Plaintiff's counsel,[3] an additional fourteen days are needed to complete discovery.

    4.)    Accordingly, Plaintiff moves the Court to amend the Scheduling Order by fourteen days.[4]

WHEREFORE, Plaintiff moves the Court to amend the Scheduling Order by fourteen days.

Respectfully submitted,

_____//s//_____
Robert C. Seldon, Esq.
  D.C. Bar No. 245100
Jennifer R. Amore, Esq.
  D.C. Bar No. 975907
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C. 20004
Phone 202.393.8200

Counsel for Plaintiff

---

[2] The parties have a telephone conference scheduled with Magistrate Judge Robinson on Tuesday, August 19, 2008. If Judge Robinson orders that the deposition should be taken, due to the schedules of the parties it is unlikely that the parties will be able to depose the witness before the current close of discovery.

[3] Among other matters, counsel for Plaintiff is scheduled for trial in Malloy v. Jackson, C.A. 05-1117 (D.D.C.) (RCL) on August 25, 2008, and has already been advised that additional proceedings are scheduled for September 3, 2008. Additionally the EEOC hearing in Uzlyan v. Chao, EEOC No. 570-2007-005944X (August 3, 2008) was continued to August 15, 2008.

[4] The Court's Scheduling Order set a status conference for September 5, 2008. The parties are amenable to appearing at that date or at a post-discovery status conference.

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OMAR BEYAH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **C.A. No. 07-0109 (ESH/DAR)** |
| **v.** ) | |
| ) | |
| **DAVID M. WALKER,** ) | |
| Comptroller General ) | |
| of the United States, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of the Plaintiff's Consent Motion to Amend the Scheduling Order, and the entire record in this matter; it is hereby:

ORDERED that Plaintiff's Motion be, and the same hereby is, GRANTED.

ORDERED that the Court's Amended Scheduling Order of July 3, 2008, is hereby amended so that the discovery cut-off date is extended until September 12, 2008.

ORDERED that the conference previously scheduled for September 5, 2008, at 9:45 am is hereby re-scheduled for September ____, 2008, at _____.

FURTHER ORDERED that in all other respects, the Court's Amended Scheduling Order of July 3, 2008 shall remain unchanged.

1

SO ORDERED this \_\_\_\_ day of _____, 2008.

_____
United States District Judge