UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR N. BEYAH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) **Civil Action No. 07-109 (ESH/DAR)** |
| v. | ) |
| | ) |
| DAVID M. WALKER, | ) |
| Comptroller General of | ) |
| the United States, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S CONSENT MOTION FOR AN
EXTENSION OF TIME TO FILE MOTION TO QUASH**

Counsel for defendant, David M. Walker, hereby files this consent motion for an extension of time to file a motion to quash the subpoena served on Personnel Appeals Board ("PAB") attorney Diane Williams.

On July 31, 2008, a status hearing was held in this matter during which time the parties informed the Court of a potential dispute involving the deposition of a non-party.[1] The Court scheduled a status telephone conference for August 19, 2008, at 3 p.m. to permit the parties to raise this issue with the Court.[2]

---

[1] Undersigned counsel was not present at this status hearing due to her mother's recent passing. AUSA Marina Braswell appeared on undersigned counsel's behalf.

[2] Judge Huvelle, the presiding district court judge in this case, has referred all discovery disputes to this Court. See Docket entry dated June 26, 2007.

On August 1, 2008, counsel for plaintiff served Ms. Williams with a subpoena directing her to appear for a deposition on August 18, 2008. Counsel for the defendant in this matter has been assigned to handle this matter on behalf of the PAB.

On August 12, 2008, pursuant to Federal Rule of Civil Procedure 45, the PAB served its objections regarding the subpoena on plaintiff's counsel. The parties have discussed this matter and have agreed that the deposition of Ms. Williams will not proceed on Monday, August 18, 2008, so that the parties can participate in the previously scheduled status conference with the Court. The parties agree that Ms. Williams' deposition will be rescheduled, if necessary, once this dispute has been resolved.

The PAB intends to file a motion to quash the subpoena. However, counsel does not want to file such motion until after the parties have had the opportunity to bring this issue to the Court's attention. Therefore, undersigned counsel requests an extension of time to file a motion to quash the subpoena, in the event the parties are unable to resolve this matter with the Court's assistance during the status call on August 19, 2008. Counsel requests an extension of time of two weeks following the parties' call with the Court, up to and including September 2, 2008, in which to file a motion to quash the subpoena directed to Ms. Williams.

Pursuant to Local Civil Rule 7(m) counsel for plaintiff has

indicated that he consents to the relief sought in this motion.

    RESPECTFULLY SUBMITTED,

    /s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

    /s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

    /s/
MICHELLE N. JOHNSON, D.C. Bar #491910
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, NW – Room E4212
Washington, DC 20530
Telephone: 202-514-7139
Michelle.Johnson@usdoj.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| OMAR N. BEYAH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) **Civil Action No. 07-109 (ESH/DAR)** |
| v. | ) |
| | ) |
| DAVID M. WALKER, | ) |
| Comptroller General of | ) |
| the United States, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

This matter having come before the Court on Defendant's Consent Motion for an Extension of Time to File Motion to Quash, and it appearing that the grant of the motion is in the interests of justice, it is hereby

**ORDERED** that counsel for defendant shall have up to and including September 2, 2008, to file a motion to quash the subpoena that plaintiff's counsel has served on Personnel Appeals Board Attorney Diane Williams.  And it is further

**ORDERED** that Ms. Williams will not be deposed until the parties' dispute regarding this matter has been resolved.

**SO ORDERED** on this ____ day of August, 2008.

 

_____          _____
                                                                 DEBORAH A. ROBINSON
                                                                 United States Magistrate Judge