UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
OMAR N. BEYAH,                )
                              )
        Plaintiff,            )
                              )
                              ) Civil Action No. 07-109 (ESH/DAR)
    v.                        )
                              )
DAVID M. WALKER,              )
Comptroller General of        )
the United States,            )
                              )
        Defendant.            )
                              )
                              )
_____)

**DEFENDANT'S CONSENT MOTION FOR AN
EXTENSION OF TIME TO FILE MOTION TO QUASH**

Counsel for defendant, David M. Walker, hereby files this consent motion for a one-day extension of time to file a motion to quash the subpoena served on Personnel Appeals Board ("PAB") attorney Diane Williams.

On August 19, 2008, this Court held a telephonic status conference during which the Court ordered that defendant's motion to quash be filed on September 2, 2008.  Undersigned counsel been working diligently with the PAB, Office of General Counsel ("PAB/OGC"), on whose behalf the motion to quash will be filed.  However, counsel requires one additional day to finalize the motion to quash and to permit the necessary supervisory review to occur.  Accordingly, counsel files this consent motion seeking one additional day in which to file the intended motion to quash.

Pursuant to Local Civil Rule 7(m) counsel for plaintiff has

indicated that he consents to the relief sought in this motion.

        RESPECTFULLY SUBMITTED,

        /s/
        JEFFREY A. TAYLOR, D.C. Bar #498610
        United States Attorney

        /s/
        RUDOLPH CONTRERAS, D.C. Bar #434122
        Assistant United States Attorney

        /s/
        MICHELLE N. JOHNSON, D.C. Bar #491910
        Assistant United States Attorney
        United States Attorney's Office
        Civil Division
        555 4th Street, NW – Room E4212
        Washington, DC 20530
        Telephone: 202-514-7139
        Michelle.Johnson@usdoj.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| OMAR N. BEYAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | **Civil Action No. 07-109 (ESH/DAR)** |
| v. ) | |
| ) | |
| DAVID M. WALKER, ) | |
| Comptroller General of ) | |
| the United States, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

This matter having come before the Court on Defendant's Consent Motion for an Extension of Time to File Motion to Quash, and it appearing that the grant of the motion would be in the interests of justice, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**. And it is further

**ORDERED** that Defendant shall have up to and including September 3, 2008, in which to file its intended motion to quash.

**SO ORDERED** on this _____ day of September, 2008.

```
                                    _____
                                    DEBORAH ANN ROBINSON
                                    United States Magistrate Judge
```